Raymond E. DAVIS, Plaintiff-Appellee,

v.

**ALABAMA POWER COMPANY,**
Defendant-Appellant.

No. 74–4149.

United States Court of Appeals,
Fifth Circuit.

July 1, 1976.

Certiorari Granted Jan. 10, 1977.
See 97 S.Ct. 731.

Marshall Timberlake, H. Hampton Boles, Birmingham, Ala., for defendant-appellant.

Wayman G. Sherrer, U. S. Atty., Henry I. Frohsin, Asst. U. S. Atty., Birmingham, Ala., Robert E. Kopp, Atty., John K. Villa, Atty., Appellate Section, Civil Div., Dept. of Justice, Washington, D.C., for plaintiff-appellee.

Before AINSWORTH, MORGAN and RONEY, Circuit Judges.

PER CURIAM:

AFFIRMED on the basis of the well-reasoned opinion of District Judge Guin published in 383 F.Supp. 880 (1974).

RONEY, Circuit Judge (dissenting):

I respectfully dissent. All leaves of absence without regular pay are excluded from Accredited Service under Alabama Power Company's Pension Plan. The result reached by the district court accords greater benefits to an employee for leave of absence for military service than for any other leave of absence without pay. Like the Third and Tenth Circuits, I would hold that the benefits provided by the Pension Plan are not prerequisites of seniority under the Act. 50 U.S.C. App. § 459(c)(1) (1970). *See Litwicki v. Pittsburgh Plate Glass Ind., Inc.*, 505 F.2d 189 (3d Cir. 1974); *Jackson v. Beech Aircraft Corp.*, 517 F.2d 1322 (10th Cir. 1975). I would reverse.

Margaret S. RODRIGUEZ,
Plaintiff-Appellant,

v.

Donald E. RITCHEY et al.,
Defendants-Appellees.

No. 75–1362.

United States Court of Appeals,
Fifth Circuit.

Nov. 3, 1976.

Robert W. Knight, Tampa, Fla., for plaintiff-appellant.

Claude H. Tison, Jr., Asst. U. S. Atty., Tampa, Fla., Robert E. Kopp, Barbara L. Herwig, Attys., Appellate Section, Civil Div., Dept. of Justice, Washington, D. C., for defendants-appellees.

Before BROWN, Chief Judge, WISDOM, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.*

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 539 F.2d 394, heard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

* Due to illness Judge Thornberry did not participate in this decision.